IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER SHANE BREHM, | : |
| Plaintiff | : |
| v. | : Case No. 3:23-cv-229-SLH-KAP |
| JOHNSTOWN POLICE DEPARTMENT, | : |
| *et al.*, | : |
| Defendants | : |

<u>Memorandum Order</u>

When plaintiff provides three copies of the complaint and directions for service, the Marshal shall serve the complaint on defendants Crist, Cambria County Prison, and Prime Care Medical at the direction of the plaintiff (the Marshal shall send waiver of service forms first). Since the plaintiff is proceeding *in forma pauperis*, costs of service will be advanced by the United States.

DATE: August 6, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Alexander Shane Brehm
c/o Claudia Plows
126 Taylor Lane, Apartment B14
Salix, PA 15952