IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER SHANE BREHM, | : |
|     Plaintiff | : |
|       v. | : Case No. 3:23-cv-229-SLH-KAP |
| JOHNSTOWN POLICE DEPARTMENT, | : |
|   *et al.*, | : |
|     Defendants | : |

<u>Memorandum Order</u>

    In August I ordered plaintiff to provide copies of the complaint and directions for service on the defendants. Nothing further has been heard from plaintiff. If plaintiff does not move the matter forward promptly I will recommend that it be dismissed for failure to prosecute.

DATE: December 16, 2024

                                        Keith A. Pesto,
                                        United States Magistrate Judge

Notice by U.S. Mail to:

Alexander Shane Brehm
c/o Claudia Plows
126 Taylor Lane, Apartment B14
Salix, PA 15952