# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER SHANE BREHM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:23-229 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith A. Pesto |
| JOHNSTOWN POLICE DEPARTMENT, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 30th day of September, 2025, upon consideration of the Report and Recommendation of United States Magistrate Judge Keith A. Pesto dated July 2, 2025, (Docket No. 33), recommending that Plaintiff Alexander Shane Brehm's Amended Complaint be dismissed, with prejudice, for failure to prosecute and failure to comply with Court Orders, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Plaintiff by July 21, 2025, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of July 2, 2025, (Docket No. 33), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint (Docket No. 11) is DISMISSED, with prejudice, for failure to prosecute, in light of the facts and circumstances of this case and the relevant factors under *Poulis* set forth by the Magistrate Judge, including, among other things, that Plaintiff failed to file responses to the motions to dismiss and supporting

briefs filed by Defendants Cambria County Prison, Bradley Crist and Prime Care Medical, (Docket Nos. 22-23; 28-31), and also failed to respond to the Show Cause Order issued by the Magistrate Judge of May 14, 2025 directing him to file responses forthwith or the motions may be granted for lack of opposition, that he is solely responsible for prosecuting this case as a pro se plaintiff, there are no other available sanctions to remedy his failure to prosecute as monetary sanctions are inappropriate given his pro se status and the Magistrate Judge's evaluation of the merits of the motions filed by the defense indicate that Plaintiff is unlikely to succeed on the merits, and such facts are further buttressed by Plaintiff's failure to file any objections to the Report and Recommendation by the deadline of July 21, 2025 through the date of this Order;

IT IS FURTHER ORDERED that the Motions to Dismiss [22], [28], [30] filed by Defendants are DENIED, as moot; and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  United States Magistrate Judge Keith A. Pesto

cc:   Alexander Shane Brehm
      c/o Claudia Plows
      126 Taylor Lane, Apartment B14
      Salix, PA 15952
      (via first class mail)